MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  rex.garner@akerman.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>                      Plaintiff,<br><br>v.<br><br>SPRINGLAND VILLAGE CONDOMINIUM ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; AND THUNDER PROPERTIES INC.,<br><br>                      Defendants. | Case No.:  3:16-cv-648-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES TO AMEND ITS COMPLAINT** |

Plaintiff Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates (**Deutsche Bank**), and defendant Springland Village Condominium Association (**Springland**) hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** Deutsche Bank may amend its complaint to join Thunder Properties Inc. (**Thunder**) as a defendant and assert claims against Thunder.  A copy of the First Amended Complaint was filed on February 15, 2017.  ECF No. 14.

This is the first request to amend and the request is not submitted for the purpose of delay or to cause undue prejudice to any party.

DATED February 16, 2017.

| **AKERMAN LLP** | **PENGILLY LAW FIRM** |
|---|---|
| /s/ *Rex D. Garner*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Plaintiff* | /s/ *Elizabeth B. Lowell*<br>JAMES W. PENGILLY, ESQ.<br>Nevada Bar No. 6085<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, NV 89134-0562<br><br>*Attorney for Defendant Springland Village Condominium Association* |

## ORDER

**IT IS SO ORDERED** plaintiff Deutsche Bank may amend its complaint to add additional facts, claims, and joining Thunder Properties Inc. as a defendant.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 17, 2017.