MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>                                   Plaintiff,<br><br>v.<br><br>SPRINGLAND VILLAGE CONDOMINIUM ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; AND THUNDER PROPERTIES INC.,<br><br>                                   Defendants. | Case No.: 3:16-cv-00648-MMD-WGC<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO SPRINGLAND VILLAGE CONDOMINIUM ASSOCIATION'S MOTION FOR DISMISSAL [ECF NO. 59] AND THUNDER PROPERTIES, INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF NO. 60]**<br><br>**(First Request)** |
| SPRINGLAND VILLAGE CONDOMINIUM ASSOCIATION,<br><br>                                   Crossclaimant,<br><br>v.<br><br>PHIL FRINK & ASSOCIATES, INC.<br><br>                                   Crossdefendant. | |

Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates (**Deutsche Bank**), Springland Village Condominium Association (**Springland**), and Thunder Properties Inc. (**Thunder Properties**) by and through their respective counsel of record, stipulate as follows:

1.      Deutsche Bank and Springland stipulate to extend the deadline for Deutsche Bank to file its opposition to Springland's motion for dismissal [ECF No. 59], filed on October 22, 2018, from November 5, 2018 to November 28, 2018;

2.      Deutsche Bank and Thunder Properties stipulate to extend the deadline for Deutsche Bank to file its opposition to Thunder Properties' motion to dismiss or, alternatively, motion for summary judgment [ECF No. 60], filed on October 23, 2018, from November 6, 2018 to November 28, 2018;

3.      This is the first request for an extension of time for Deutsche Bank to files it oppositions to Springland's motion for dismissal and Thunder Properties' motion to dismiss or, alternatively, motion for summary judgment; and

4.      Deutsche Bank, Springland, and Thunder Properties agree this extension is not intended to cause delay or prejudice any party, but to allow additional time to fully address the issues raised in the motions and accommodate counsel's schedule and conflicts with the current deadlines.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DATED this 5th day of November, 2018.

<table>
<tr>
<td>

**AKERMAN LLP**

/s/ Rex D. Garner_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates*

</td>
<td>

**ROBBINS LAW FIRM**

/s/ Elizabeth B. Lowell_____
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134

*Attorney for Springland Village Condominium Association*

</td>
</tr>
<tr>
<td>

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ Timothy E. Rhoda_____
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 W. Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorney for Thunder Properties Inc.*

</td>
<td></td>
</tr>
</table>

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 5, 2018