1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: rex.garner@akerman.com

7  *Attorneys for Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SPRINGLAND VILLAGE CONDOMINIUM ASSOCIATION; PHIL FRINK & ASSOCIATES, INC.; AND THUNDER PROPERTIES INC.,<br><br>　　　　　　Defendants. | Case No.: 3:16-cv-00648-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS CASE** |
| AND RELATED CLAIMS | |

///

///

///

///

///

Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates (**Deutsche Bank**), Springland Village Condominium Association (**Springland**), and Thunder Properties Inc. (**Thunder Properties**), by and through their respective counsel of record, stipulate to dismiss this litigation, each party to bear its own costs and fees.

DATED this 14th day of March, 2019.

| **AKERMAN LLP** | **ROBBINS LAW FIRM** |
|---|---|
| */s/ Rex D. Garner*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Deutsche Bank National Trust Company as Trustee for the Holders of New Century Home Equity Loan Trust, Series 2005-A, Asset Backed Pass-Through Certificates* | */s/ Elizabeth B. Lowell*<br>ELIZABETH B. LOWELL, ESQ.<br>Nevada Bar No. 8551<br>CHAD D. FUSS, ESQ.<br>Nevada Bar No. 12744<br>1995 Village Center Circle, Suite 190<br>Las Vegas, NV 89134<br><br>*Attorney for Springland Village Condominium Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>*/s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Blvd. #75<br>Las Vegas, Nevada 89102<br><br>*Attorney for Thunder Properties Inc.* | |

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: March 14, 2019